RECEIVED
IN LAKE CHARLES, LA
APR 26 2013
TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LEISHA BERTRAND** | : | **DOCKET NO. 2:10-CV-0867** |
| VS. | : | **JUDGE MINALDI** |
| **CITY OF LAKE CHARLES** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein on the plaintiff's request for attorneys' fees [Doc. 70], these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff, Leisha Bertrand, is entitled to $61,715.63 in attorneys' fees per her initial request, plus $10,375.00 in attorneys' fees per her supplemental request. The total award to the plaintiff for attorneys' fees is $72,090.63.

Lake Charles, Louisiana, this 25 day of April 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE